UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDELL EMBRY,

        Plaintiff,

        v.

PIERCE COUNTY DETENTION
CORRECTIONS CENTER, *et al*,

        Defendants.

Case No. C09-5276FDB-KLS

ORDER REGARDING
PLAINTIFF'S FILING OF
REQUEST TO DISMISS AND
AMENDED COMPLAINT

This case has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1)(B). This matter comes before the Court upon plaintiff's filing of a motion to dismiss his civil rights complaint (Dkt. #11) and an amended complaint (Dkt. #12). After reviewing the motion and amended complaint, as well as the remainder of the record, the Court hereby does find and ORDERS as follows:

On July 17, 2009, the Court issued a second order to show cause, directing plaintiff to file a second amended complaint, due to certain deficiencies in the first amended complaint he previously had been directed to file. (Dkt. #8-#10). On August 21, 2009, plaintiff filed a motion to voluntarily dismiss his complaint, because the parties apparently had reached a resoluton, along with a request to have his *in forma pauperis* status removed, because he could no longer afford to make the required monthly payments with respect thereto. (Dkt. #11). On September 10, 2009, however, plaintiff filed

a second amended complaint. (Dkt. #12).

Accordingly, it is not clear how plaintiff wishes to proceed with this case. That is, the Court cannot determine whether plaintiff still wishes to have the Court consider his motion to dismiss and request for removal of *in forma pauperis* status heard, or whether he wishes to withdraw that motion and instead have the Court consider his second amended motion.

As such, plaintiff hereby is directed to inform the Court in writing by **no later than October 21, 2009**, as to how he would like to proceed in this matter. **Plaintiff is warned, however, that if no such response is received by the above date, the Court will take this to mean he wishes to strike his motion to dismiss and request for removal of *in forma pauperis* status and instead have his second amended complaint considered, and will proceed accordingly.**

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 21st day of September, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2