UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RANDELL EMBRY,

        Plaintiff,

v.

PIERCE COUNTY DETENTION
CORRECTIONS CENTER, *et al*,

        Defendants.

Case No. C09-5276 FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION
DISMISSING FRIVOLOUS
COMPLAINT PURSUANT TO
28 U.S.C. § 1915

This matter comes before the Court on the recommendation of the magistrate Judge that Plaintiff's civil right s complaint be dismissed as frivolous pursuant to 28 U.S.C. § 1915. As detained in the Report and Recommendation, Plaintiff has twice been informed of the deficiencies in his complaint and has failed to cure the deficiencies. When an *in forma pauperis* complaint is frivolous, fails to state a claim, or contains a complete defense to the action on its face, the Court may dismiss the complaint before service of process under 28 U.S.C. § 1915(d). Noll v. Carlson, 809 F.2d 1446, 1448 (9th Cir. 1987).

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's complaint is **DISMISSED**;

(3)    The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**; and

ORDER
Page - 1

1  (4) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L.
2      Strombom.

4  DATED this 23rd day of November, 2009.

                                    _____
                                    FRANKLIN D. BURGESS
                                    UNITED STATES DISTRICT JUDGE