# United States District Court

WESTERN DISTRICT OF WASHINGTON

RANDELL EMBRY

JUDGMENT IN A CIVIL CASE

v.

PIERCE COUNTY DETENTION
CORRECTIONS CENTER, et al.,

CASE NUMBER: C09-5276FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation;

Plaintiff's complaint is **DISMISSED**; and

The Clerk is directed to terminate this action pursuant to **28 U.S.C. § 1915(e)** and to count this as a dismissal under **28 U.S.C. § 1915(g)**.

| | |
|---|---|
| November 24, 2009 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |